United States District Court
for the
Southern District of Florida

Ramon Reascos-Renia, Petitioner, )
)
)
v. )  Civil Action No. 17-21514-Civ-Scola
)
)
United States of America, )
Respondent. )

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 26, 2017, Judge White issued a report, recommending that the Court deny the petition for writ of habeas corpus and dismiss the case. (Report of Magistrate, ECF No. 5.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (ECF No. 5). The Court **denies** the petition for writ of habeas corpus (ECF No. 1).  The Court does not issue a certificate of appealability.  Finally, the Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on May 17, 2017.

_____
Robert N. Scola, Jr.
United States District Judge